No. 680　　　　　September 25, 2024　　　　　243

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

DARCIE NOELLE HANSEN,
*Defendant-Appellant.*

Washington County Circuit Court
21CR62037; A180748

Theodore E. Sims, Judge.

Submitted August 9, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Anna R. Johnson, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Leigh A. Salmon, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Remanded for resentencing; otherwise affirmed.

**LAGESEN, C. J.**

After a jury trial, defendant was convicted of theft in the third degree, ORS 164.043. The trial court sentenced defendant to 18 months of bench probation and ordered her to perform 36 hours of community service. Defendant argues that the trial court plainly erred in imposing the community service obligation. The state concedes the error. We agree and remand for resentencing.

ORS 137.128(1) provides that, before a court can order a defendant to complete community service as a condition of probation, the defendant "must consent to donate labor for the welfare of the public." Failure to obtain such consent is reversible error. *State v. Uppiano*, 315 Or App 474, 475, 498 P3d 356 (2021); *State v. Everitt*, 247 Or App 619, 620, 269 P3d 117, *rev den*, 352 Or 265 (2012).

The record shows that the trial court failed to obtain defendant's consent before imposing community service as a condition of probation. In light of the state's concession, and taking into account the interests of the parties, the gravity of the error, and the ends of justice, we exercise our discretion to correct the trial court's plain error.

Remanded for resentencing; otherwise affirmed.